IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

    Plaintiff,                                  No. CIV S-05-2286 MCE DAD P

    vs.

O. CAMPBELL,

    Defendant.                         FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed November 22, 2005, plaintiff was ordered to pay the appropriate filing fee within twenty days. Plaintiff was advised that failure to comply with the order will result in a recommendation that this action be dismissed. The twenty day period has now expired, and plaintiff has not paid the filing fee. In a statement filed December 15, 2005, plaintiff admits that he has had four or more cases dismissed and further admits that he is not under imminent danger of serious physical injury. Plaintiff nevertheless asserts that "under no circumstances can he be denied access to the court."

        In accordance with the order filed November 22, 2005, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice to the filing of a paid action.

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within

1

twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 20, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
camp2286.fpf