IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,                          No. 2:05-cv-2286-MCE-DAD-P

      Plaintiff,

  v.                                    <u>ORDER</u>

O. CAMPBELL,

      Defendant.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On December 20, 2005, the magistrate judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any Objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

1 Plaintiff has filed Objections to the Findings and
2 Recommendations.
3    In accordance with the provisions of 28 U.S.C. § 636(b)(1)
4 (C) and Local Rule 72-304, this Court has conducted a <u>de novo</u>
5 review of this case.  Having carefully reviewed the entire file,
6 the Court finds the Findings and Recommendations to be supported
7 by the record and by proper analysis.
8    Accordingly, IT IS HEREBY ORDERED that:
9    1.  The Findings and Recommendations filed December 20,
10 2005, are adopted in full; and
11    2.  This action is dismissed without prejudice to the filing
12 of a paid action.
13 DATED: February 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE